**Opinion issued March 24, 2020**



In The

# Court of Appeals

### For The

## First District of Texas

_____

### NO. 01-19-00932-CV

_____

## IN RE ANTHONY WELCH, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Anthony Welch, has filed a petition for writ of mandamus asking this Court to order respondent, the Honorable George Barnstone, to set aside the judgment entered on November 12, 2019 and to order respondent to rule on relator's motion to continue, motion to reduce bond and motion to stay.[1] We deny

---

[1] The underlying case is *BBVA USA v. Gurpreet Randhawa, Ranjeiven Randhawa, Anthony Welch, and Superior Consulting Group*, Cause No. 1142744, pending in the County Civil Court at Law No. 1 of Harris County, Texas, the Honorable George Barnstone presiding.

the petition. *See* TEX. R. APP. P. 52.3(k)(1)(A), (g); TEX. R. APP. P. 9.4(k);

*O'Connor v. First Court of Appeals*, 837 S.W.2d 94, 97 (Tex. 1992).

**PER CURIAM**

Panel consists of Justices Keyes, Lloyd, and Hightower.